UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TRAVELL MARTECE WOLFE, Movant, vs. UNITED STATES OF AMERICA, Respondent. | 4:21-CV-04040-KES ORDER TO SERVE |

Movant Travell Martece Wolfe has filed a pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. From a reading of the motion, the court cannot determine that "it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court" warranting summary dismissal pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court.

IT IS ORDERED that:

1. The Clerk of Court will deliver or serve a copy of the motion (Doc. 1) and this order on the United States Attorney for the District of South Dakota (DSD).
2. The United States Attorney for the DSD will serve and file an answer or responsive pleading to the motion, together with a legal brief or memorandum, on or before April 23, 2021.
3. Mr. Wolfe's motion to proceed in forma pauperis (Doc. 2) is granted.

DATED this 23rd day of March, 2021.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge