UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TRAVELL MARTECE WOLFE,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:21-CV-04040-KES<br><br><br><br>JUDGMENT |

Under the Order Granting Motion to Dismiss, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against petitioner, Travell Martece Wolfe.

Dated November 2, 2021.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE